65 A.3d 300

Eugene McCLURE, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 11 EM 2013.

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**